IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CRIMINAL NO. 24-00133-CG |
| ) | |
| BEVERLY JEAN CASTOPHNEY, ) | |
| ) | |
| Defendant. ) | |

## ACCEPTANCE OF GUILTY PLEA AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge entered on December 19, 2024 (Doc. 64) and without any objection having been filed by the parties, the plea of guilty of the Defendant to Count One, Conspiracy in violation of Title 18, U.S.C., Section 371; and Count Two, Providing Contraband in Prison, in violation of Title 18, U.S.C., Section 1791(a)(1) and (2), is now accepted and the Defendant is adjudged guilty of such offenses. A sentencing hearing has been scheduled for **March 26, 2025, at 9:30 a.m.** Courtroom 3B, United States Courthouse, Mobile, Alabama.

**DONE and ORDERED** this 3rd day of January, 2025.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE